UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

KELLY JONES,

       Petitioner,

v.                                    **ORDER**
                                    Civil File No. 09-1074 (MJD/RLE)

FEDERAL BUREAU OF PRISONS
and UNITED STATES OF AMERICA,

       Respondents.

_____

Kelly Jones, pro se.

Gregory Brooker and Ana H. Voss, Assistant United States Attorneys, Counsel for Respondents.

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson dated February 8, 2010. [Docket No. 31] Petitioner Kelly Jones filed objections to the Report and Recommendation. With his objections, Jones has also submitted additional evidence related to the second DHO hearing. For the reasons thoroughly explained in the Report and Recommendation, Jones must file a new

habeas petition to challenge any issues with regard to the second DHO hearing.

Pursuant to statute, the Court has conducted a <u>de</u> <u>novo</u> review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court **ADOPTS** the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson dated February 8, 2010.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Chief Magistrate Judge's Report and Recommendation dated February 8, 2010 [Docket No. 31].

2. Petitioner's application for a writ of habeas corpus [Docket No. 1] is **DENIED AS MOOT**.

3. Petitioner's Motion for Sanctions [Docket No. 11] is **DENIED**.

4. Petitioner's Second Motion for Sanctions [Docket No. 12] is **DENIED**.

5. Petitioner's Third Motion for Sanctions [Docket No. 26] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  August 4, 2010                             s/ Michael J. Davis
                                                   Michael J. Davis
                                                   Chief Judge
                                                   United States District Court